# EXHIBIT 3

-----Original Message-----
**From:** Agel Raya [mailto:agel@vnymodelmanagement.com]
**Sent:** Tuesday, July 28, 2015 06:42 PM
**To:** tverdone14@gmail.com, "Lori V."
**Cc:** jmatthews@streamlinemodel.com
**Subject:** Torin - Calvin

Hi All

Attached is the first image from Torin?s CKJ Campaign.

This campaign does not launch until 9am tomorrow morning so it **CANNOT** be posted or shared

on any social media platform until then.

Torin- CK has asked that you post the pic on any social you have insta, twitter, fb, etc. and that you be sure to include @calvinklein #mycalvins. **(Again after 9a tomorrow morning)**

We are happy with the way the images turned out and there will be more than just this image.

Will keep you posted as they come out.

+A

**Agel Raya | VNY Model Management**

Booking conditions:

DAY RATE BASED ON AN 8 HOUR DAY.

Cancellations more than 24 hours prior to booking is a half- dayfee. Cancellation within 24 hours prior to a booking is full-dayfee cancellation.  Cancellation of trips or full-week confirmed bookings must be made five (5) business days prior to booking or otherwise a full-fee cancellation will be charged, up to a maximum of three (3) business days. Any business expenses incurred on models? behalf (i.e. flights, car, hotels, etc) in relation to booking must be fully-reimbursed by client within 30 days.

