# EXHIBIT 5

---------- Forwarded message ----------
From: **Damian Tomczak** <damian@vnymodels.com>
Date: Tue, Aug 4, 2020, 5:12 PM
Subject: Statements
To: Joseph Matthews <jmatthews597@gmail.com>

Dear Joseph,
please find attached statements and please send Invoice.

Regards,

**Damian Tomczak**

# VNY

928 Broadway Suite #700 · New York, NY 10010      Phone: (212) 206-1012 · www.vnymodels.com

| Torin Verdone (jobs and Commissions) | | | |
|---|---|---|---|
| **JOB** | **Date of Job** | **Total Gross** | **10% Commision** |
| Bloomingdales | 7/17/19 | $5,000.00 | $500.00 |
| Calvin Klein Looks | 10/31/19 | $800.00 | $80.00 |
| South Coast Plaza | 1/17/20 | $4,000.00 | $400.00 |
| Paper Stone Scissors | 1/22/20 | $15,000.00 | $1,500.00 |
| Nautica | 1/24/20 | $3,000.00 | $300.00 |
| Nautica | 1/27/20 | $3,000.00 | $300.00 |
| Armani Showroom | 7/1/20 | $16,000.00 | $1,600.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | $46,800.00 | $4,680.00 |
| | | **Total Gross Amount** | **Total 10% Commission** |