# EXHIBIT 6



# INVOICE

**608 Darby Rd**

| Date | 10/08/20 |
|------|----------|
| Invoice # | VNYQ2-20 |

**Ridley Park , PA 19078**
**Phone: 1(215)237-0757**

**Fax: 1(484)422-8932**

**Bill To:**
Damian Tomczack
VNY Models
920 Broadway Suite 700
New York, NY 10010

| Date | Model | Rate | Units / Hours | Total |
|------|-------|------|---------------|-------|
| 5-Sep-19 | Lauren Hall - Xanteria Show | 45.00 | 1.00 | 45 |
| 7-Jul-19 | Torin Verdone - Bloomingdales | 500.00 | 1.00 | 500 |
| 31-Oct-19 | Torin Verdone - Calvin Klein | 80.00 | 1.00 | 80 |
| 17-Jan-20 | Torin Verdone - Soiuth Coast Plaza | 400.00 | 1.00 | 400 |
| 22-Jan-20 | Torin Verone - Paper Stone Scissors | 1500.00 | 1.00 | 1500 |
| 24-Jan-20 | Torin Verdone - Nautica | 300.00 | 1.00 | 300 |
| 27-Jan-20 | Torin Verdone - Nautica | 300.00 | 1.00 | 300 |
| 1-Jul-20 | Torin Verdone Armani Showroom | 1600.00 | 1.00 | 1600 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Invoices are generated Quarterly and are due upon reciept or
according to the terms of contract. Please make all checks payable
to **Streamline Model Management**. If you have any questions
concerning this invoice, contact Joseph Matthews at 1(215)237-
1055, jmatthews@streamlinemodel.com.

| | | |
|------|---|---|
| Subtotal | $ | 4,725.00 |
| Agency fee % | $ | - |
| Additional Cost/Note fee | | |
| **Balance due** | $ | **4,725.00** |

**Notes / fee references:**

With All Rights Reserved