# EXHIBIT 8

# BRAVERMAN KASKEY GARBER

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

ONE LIBERTY PLACE, 56TH FLOOR
PHILADELPHIA, PA 19103-7334
PH (215) 575-3800 • FX (215) 575-3801
www.braverlaw.com

215-575-3914
kaner@braverlaw.com

January 15, 2021

**VIA FEDEX**
Lana Winters
VNY Model Management
928 Broadway, Suite 700
New York, NY 10010

Damian Tomczak
VNY Model Management
928 Broadway, Suite 700
New York, NY 10010

RE: **DEMAND FOR ACCOUNTING**

Dear Ms. Winters and Mr. Tomczak:

I am counsel to Joseph Matthews and Streamline Model Management Inc (collectively, "Streamline"), and am following up on my firm's letter from July 13, 2020, a copy of which is enclosed. On August 4, 2020, you sent a commission statement (the "Statement") to Streamline regarding the placements of Torin Xavier Verdone according to the Mother Agent and Additional Agent Agreement between Streamline and VNY Model Management ("VNY") dated January 19, 2015 (the "Agreement").

Our investigation reveals that Mr. Verdone has worked jobs in addition to those included in the Statement. By way of example, this includes but is not limited to Tallia Clothing (September-October 2019), Maison Valentino (September 2019), Calvin Klein, Perry Ellis, and Polo Ralph Lauren. In recent weeks, Mr. Verdone has also worked jobs for Polo Ralph Lauren (8/20/20, 8/27/20, 10/12-10/15/20, 11/4-11/5/20, and 11/20-11/21/20), Nautica (9/5/20, and 11/23/20), Kohls (11/9/20), Politix Menswear Australia (8/26/20), and Alex Mill New York (8/31/20) amongst others.

Thus, VNY has not provided an accurate accounting of Mr. Verdone's work despite Mr. Matthews' previous demand. There are obviously significant discrepancies between what VNY is reporting in the Statement and what Mr. Verdone is actually doing. Despite repeated requests, VNY has failed to honor their contractual obligations, including "to provide to [Streamline] a full itemization of all Modeling Assignments and Modeling for [Mr. Verdone] and all [Streamline] commissions due to [Streamline] within thirty (30) days of the end of each calendar quarter."



Lana Winters and Damian Tomczak
January 15, 2021
Page 2 of 2

  Accordingly, we herewith demand again that you honor your obligations under the Agreement. VNY must provide Streamline with an accounting of all fees and/or commissions received for Mr. Verdone's modeling assignments and an accounting of any residual fees collected as a result of such assignments. Further, VNY must pay a Mother Agency Commission for Mr. Verdone's assignments and disclose whether they have incorporated Mr. Verdone as a new entity. Please provide the requested information by February 1, 2021.

  Streamline accepts the $4,680.00 included on the Statement with a full reservation of rights. The acceptance of this sum does not waive any of Streamline's rights under the Agreement. Streamline reserves all rights and remedies against VNY in both law and equity.

  Please guide yourself accordingly.

Very truly yours,

*[signature]*

JASON S. KANER, ESQUIRE

Enc.

cc: David L. Braverman, Esquire.

# BRAVERMAN KASKEY
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

ONE LIBERTY PLACE, 56TH FLOOR
PHILADELPHIA, PA 19103-7334
PH (215) 575-3800   Fx (215) 575-3801
www.braverlaw.com

(215) 575-3902
braver@braverlaw.com

July 13, 2020

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
Lana Winters
VNY Model Management
928 Broadway, Suite 700
New York, NY 10010

Damian Tomczak
VNY Model Management
928 Broadway, Suite 700
New York, NY 10010

RE:   **DEMAND FOR ACCOUNTING**

Dear Ms. Winters and Mr. Tomczak:

I am counsel to Joseph Matthews and Streamline Model Management Inc ("Streamline"), and am writing in connection with that certain Mother Agent and Additional Agent Agreement between Streamline and VNY Model Management ("VNY") for the placement of Torin Xavier Verdone dated January 19, 2015 (the "Agreement"). A copy of the Agreement is attached for your ease of reference.

VNY's obligations under the Agreement are clear: VNY is required, *inter alia*, to inform Streamline of each and every one of Mr. Verdone's modeling and/or acting assignments and pay a Mother Agency Commission to Streamline for each such assignment. More specifically, VNY agreed "to provide to [Streamline] a full itemization of all Modeling Assignments and Modeling for [Mr. Verdone] and all [Streamline] commissions due to [Streamline] within thirty (30) days of the end of each calendar quarter."

Regrettably, VNY has failed to meet its contractual obligations. VNY has not informed Streamline of all of Mr. Verdone's modeling and/or acting assignments and appears to be concealing Mr. Verdone's assignments from Streamline to avoid paying commissions. VNY's latest commission payment for Mr. Verdone's work was suspiciously low — atypical for a model who is as successful as Mr. Verdone. In fact, Mr. Verdone's social media accounts reveal that he has worked on several recent modeling assignments that were never disclosed by VNY.


BK

Lana Winters and Damian Tomczak
July 13, 2020
Page -2-

Streamline hereby demands a full itemization of all modeling assignments performed by Mr. Verdone, an accounting of all fees or commissions VNY received for those modeling assignments, and all commissions VNY paid to Streamline for those modeling assignments. Please provide the requested information by July 31, 2020.

VNY is hereby directed to place a litigation hold on any and all documents relating in any way to Torin Xavier Verdone and/or any and all transactions with Streamline.

Please guide yourself accordingly. Of course, I welcome the opportunity to discuss the matter further with you.

Very truly yours,

DAVID L. BRAVERMAN

Enclosure

## Streamline Model Management Inc
### MOTHER AGENT AND
### ADDITIONAL AGENT AGREEMENT

This Mother Agent and Additional Agent Agreement (the "Agreement") dated 1-19-2015, is between Streamline Model Management Inc ("Mother Agent") and VNY Model Management ("[ NY ] Agent") for the placement of Torin Xavier Verdone. ( Model )

WHEREAS, Mother Agent has entered into Model Management, Model and Talent Agreements, whereby certain talent ("Talent" or "Model") have retained Mother Agent as his/her exclusive agent to assist and procure modeling assignments (the "Mother Agent Agreement");

WHEREAS, [ NY ] Agent has requested of Mother Agent to assist certain talent of Mother Agent in obtaining modeling and/or acting assignments in markets not currently served by his/her Mother Agent; and

WHEREAS, Agent is amenable to Model entering into additional agency agreements with [ NY ] Agent as consistent with Mother Agent Agreement, in order allow [NY] Agent to refer Model for the purpose of Model obtaining modeling and/or acting assignments ("Modeling Assignments") through [ NY ] Agent.

NOW THEREFORE, in consideration of the foregoing and mutual promises and covenants made in this Agreement, the Parties have agreed to the following terms and conditions, intending to be legally bound hereby.

[ NY ] Agent hereby agrees to inform Mother Agent of each and every modeling and/or acting assignment to which [ NY ] Agent refers Model as a result of a reference or assistance provided by [ NY ] Agent, for which Model performs modeling and/or acting services ("Modeling").

[ NY ] Agent hereby acknowledges that Mother Agent is entitled to a fee or commission from [ NY ] Agent, for each job that Model performs modeling services. For placement with fashion and/or print agencies, this fee or commission is paid to Mother Agent by [ NY ] Agent, not the Model. This fee or commission is commonly known as Mother Agency Commission, which shall be ten percent (10%) of the Model's earnings. For placement with TV/Film and On-Camera Agencies, the Model/Talent agrees to pay Mother Agent ten percent (10%) commission from Model's pay.

[ NY ] Agent agrees to provide to Mother Agent a full itemization of all Modeling Assignments and Modeling for Model and all Mother Agent commissions due to Mother Agent within thirty (30) days of the end of each calendar quarter. ( every 3 months )

[ NY ] Agent agrees that upon any termination of this Agreement to not solicit and not contract with Model for any Modeling Assignments or Modeling for a period of three (3) years

B # 1385322 v.1

following such Agreement termination. Notwithstanding the prior sentence, [ NY ] Agent agrees that should Model undertake any Modeling or Modeling Assignments as a result of efforts of [ NY ] Agent and for which [ NY ] Agent receives any fees or commission, then [ NY ] Agent agrees to immediately upon receipt of any such fees or commission, pay to Mother Agent the Mother Agency Commission during the term of this agreement or anytime thereafter.

By way of confirmation, for any fees or commission received by [ NY ] agent for any modeling assignments or modeling of model [ NY ] agent agrees to pay to mother agent the mother agency commission during the term of this agreement or after any termination of this agreement. In the event the model terminates contract with Mother Agent and remains with [NY] agent the Mother Agent will still be paid the Mother Agency commission as long as the model is contracted with [NY] agent for having introduced the model and [NY] agent.

The term of this Mother Agent and Additional Agent Agreement shall be co-existent with the term, including any renewals or extensions, of the Model Management Agency Model & Talent Agreement entered into between Agency and Model.

**STREAMLINE MODEL MANAGEMENT Inc (MOTHER AGENT)**

Streamline Agent : _____

Title _____     Date _____

**[NY] AGENT**

print: _Owner_____     1/25/15
Title                                   Date

Print name : _Lana Tomczak_____

Signature : _____

- 2 -

B # 1385322 v.1