# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STREAMLINE MODEL MANAGEMENT INC. | : | CIVIL ACTION |
| v. | : | |
| VNY MODEL MANAGEMENT INC. | : | NO. 21-cv-4365 |

**O R D E R**

AND NOW this 21st day of October 2022, it is hereby **ORDERED** that a scheduling conference in the above-captioned matter has been set for November 3, 2022, at 10:00 a.m. Instructions for video\telephonic conferencing will follow.

BY THE COURT:

/s/Carol Sandra Moore Wells
CAROL SANDRA MOORE WELLS
UNITED STATES MAGISTRATE JUDGE