IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STREAMLINE MODEL MANAGEMENT, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| VNY MODEL MANAGEMENT | : | NO. 21-4365 |

## FINAL SETTLEMENT CONFERENCE ORDER

**AND NOW**, this 8th day of November 2022, upon agreement of counsel, it is hereby

**ORDERED** that:

1. A final in-person settlement conference shall be held on December 13, 2022, at 10:00 a.m.

2. All discovery depositions shall be completed prior to the conference.

3. The parties shall have traded a modified demand and offer prior to the conference.

4. Counsel for all parties and their respective clients with settlement authority shall attend the conference in person.

**IT IS SO ORDERED**.

BY THE COURT:

*/s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
United States Magistrate Judge